IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

STEVEN E. EDWARDS,                )
                                  )
            Petitioner,            )
                                  )
       v.                          )      1:14CV788
                                  )      1:05CR265-1
UNITED STATES OF AMERICA,          )
                                  )
            Respondent.            )

### ORDER

On January 8, 2015, the United States Magistrate Judge's Recommendation was filed and notice was served on Petitioner pursuant to 28 U.S.C. § 636. Petitioner filed objections (Doc. 4) to the Recommendation within the time limit prescribed by Section 636.

The court has reviewed Petitioner's objections *de novo* and finds they do not change the substance of the United States Magistrate Judge's Recommendation (Doc. 2), which is affirmed and adopted.

IT IS THEREFORE ORDERED that this action is filed and then dismissed *sua sponte* for Petitioner's failure to seek certification for a second or successive § 2255 motion by filing a Motion for Authorization in the United States Court of Appeals for the Fourth Circuit as required by 28 U.S.C. §§ 2255 and 2244 and Fourth Circuit Local Rule 22(d). Finding neither a substantial issue for appeal concerning the denial of a constitutional right

affecting the conviction nor a debatable procedural ruling, a certificate of appealability is DENIED.

                                                  /s/   Thomas D. Schroeder
                                                United States District Judge

October 29, 2015

2

Case 1:14-cv-00788-TDS-JEP   Document 5   Filed 10/29/15   Page 2 of 2